# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: Sales, Mark S. | § | Case No. 814-75571 |
|      Sales, Terry S. | § |  |
|  | § |  |
| Debtor(s) | § |  |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 17, 2014.  The undersigned trustee was appointed on December 17, 2014.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of      $_____17,470.57

       Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 93.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

       Leaving a balance on hand of[1]   $_____17,376.91

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/14/2015 and the deadline for filing governmental claims was 06/15/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,497.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,497.06, for a total compensation of $2,497.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.83, for total expenses of $6.83.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2015     By: /s/Marc A. Pergament
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 814-75571 | **Trustee:** (521140) Marc A. Pergament |
| **Case Name:** Sales, Mark S. | **Filed (f) or Converted (c):** 12/17/14 (f) |
| Sales, Terry S. | **§341(a) Meeting Date:** 01/20/15 |
| **Period Ending:** 10/16/15 | **Claims Bar Date:** 05/14/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL PROPERTY Imported from original petition Doc# 1 | 550,000.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3 | BANK ACCOUNTS Imported from original petition Doc# 1 (See Footnote) | 169.82 | 1.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | BANK ACCOUNTS Imported from original petition Doc# 1 | 5.43 | 5.43 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS Imported from original petition Doc# 1 | 7,500.00 | 0.00 | | 0.00 | FA |
| 7 | BOOKS AND ART OBJECTS Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | JEWELRY Imported from original petition Doc# 1 | 2,120.00 | 620.00 | | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | INTERESTS IN INSURANCE POLICIES Imported from original petition Doc# 1 | 3,438.00 | 3,438.00 | | 0.00 | FA |
| 12 | METLIFE 403(b) ACOUNT Imported from original petition Doc# 1 | 108,633.84 | 0.00 | | 0.00 | FA |
| 13 | PENSION PLANS AND PROFIT SHARING Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | PENSION PLANS AND PROFIT SHARING Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 15 | STOCK AND BUSINESS INTERESTS Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | STOCK AND BUSINESS INTERESTS | 776.64 | 776.64 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 814-75571 | **Trustee:** (521140) Marc A. Pergament |
| **Case Name:** Sales, Mark S. | **Filed (f) or Converted (c):** 12/17/14 (f) |
| Sales, Terry S. | **§341(a) Meeting Date:** 01/20/15 |
| **Period Ending:** 10/16/15 | **Claims Bar Date:** 05/14/15 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Imported from original petition Doc# 1 | | | | | |
| 17 | STOCK AND BUSINESS INTERESTS | 25.00 | 25.00 | | 0.00 | FA |
| | Imported from original petition Doc# 1 | | | | | |
| 18 | 2014 TAX REFUNDS  (u)  (See Footnote) | 0.00 | 1.00 | | 17,470.57 | FA |
| **18** | **Assets** **Totals** (Excluding unknown values) | **$672,868.73** | **$4,967.07** | | **$17,470.57** | **$0.00** |

RE PROP# 3     Value identified strictly for reporting purposes

RE PROP# 18     Value identified strictly for reporting purposes

**Major Activities Affecting Case Closing:**

       Still pursuing interest in bank accounts and tax refunds

       Interest in Bank Accounts and 2014 Tax refunds

**Initial Projected Date Of Final Report (TFR):**     December 31, 2015        **Current Projected Date Of Final Report (TFR):**     October 16, 2015  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 814-75571 | |
| **Case Name:** | Sales, Mark S. | |
| | Sales, Terry S. | |
| **Taxpayer ID #:** | **-***6876 | |
| **Period Ending:** | 10/16/15 | |

| | |
|---|---|
| **Trustee:** | Marc A. Pergament (521140) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8866 - Checking Account |
| **Blanket Bond:** | $77,387,299.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/15 | {18} | State of New York Dept. of Taxation<br>& Finance | Tax Refunds | 1224-000 | 6,253.00 | | 6,253.00 |
| 06/11/15 | {18} | United States Treasury | Tax Refunds | 1224-000 | 11,870.00 | | 18,123.00 |
| 06/25/15 | 101 {18} | Mark S. Sales and Terry S. Sales | Return of Debtor's portion of Tax Refunds | 1224-000 | -652.43 | | 17,470.57 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 17,454.93 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.91 | 17,428.02 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.41 | 17,403.61 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.70 | 17,376.91 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,470.57 | 93.66 | $17,376.91 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 17,470.57 | 93.66 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $17,470.57 | $93.66 | |

| | |
|---|---|
| Net Receipts : | 17,470.57 |
| Net Estate : | $17,470.57 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8866** | 17,470.57 | 93.66 | 17,376.91 |
| | $17,470.57 | $93.66 | $17,376.91 |

# Claims Distribution Register

## Case: 814-75571    Sales, Mark S.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2 | 02/25/15 | 100 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088,Irving, TX 75016-8088<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claimant will not receive a distribution but will retain its lien | 36,611.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 02/25/15 | 100 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088,Irving, TX 75016-8088<br><4210-00 Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claimant will not receive a distribution but will retain its lien | 20,013.53 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100: 0% Paid** | **$56,624.53** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$56,624.53** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/17/14 | 200 | Marc A. Pergament<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br><2100-00 Trustee Compensation> | 2,497.06 | 2,497.06 | 0.00 | 2,497.06 | 2,497.06 |
| | 12/17/14 | 200 | Marc A. Pergament<br>400 Garden City Plaza<br>Suite 403<br>Garden City, NY 11530<br><2200-00 Trustee Expenses> | 6.83 | 6.83 | 0.00 | 6.83 | 6.83 |
| | | | **Total for Priority 200: 100% Paid** | **$2,503.89** | **$2,503.89** | **$0.00** | **$2,503.89** | **$2,503.89** |
| | | | **Total for Admin Ch. 7 Claims:** | **$2,503.89** | **$2,503.89** | **$0.00** | **$2,503.89** | **$2,503.89** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 02/18/15 | 610 | Navient Solutions, Inc.<br>PO Box 13611<br>Philadelphia, PA 19101-3611<br><7100-00 General Unsecured § 726(a)(2)> | 33,604.76 | 33,604.76 | 0.00 | 33,604.76 | 4,824.86 |
| 4 | 02/27/15 | 610 | Kaufman Wales Associates<br>c/o Gary J. Wachtel, Esq.<br>450 Seventh Avenue,Suite 1905<br>New York, NY 10123-1990<br><7100-00 General Unsecured § 726(a)(2)> | 23,590.44 | 23,590.44 | 0.00 | 23,590.44 | 3,387.04 |
| 5 | 03/12/15 | 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00 General Unsecured § 726(a)(2)><br>Banana Card or GEMB | 370.75 | 370.75 | 0.00 | 370.75 | 53.23 |

# Claims Distribution Register

## Case: 814-75571   Sales, Mark S.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 03/13/15 | 610 | Navient Solutions Inc<br>PO BOX 9533<br>Pennsylvania, PA 18773-9533<br><7100-00   General Unsecured § 726(a)(2)> | 21,657.62 | 21,657.62 | 0.00 | 21,657.62 | 3,109.53 |
| 7 | 05/06/15 | 610 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 9,365.82 | 9,365.82 | 0.00 | 9,365.82 | 1,344.71 |
| 8 | 05/12/15 | 610 | Ember Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-00   General Unsecured § 726(a)(2)> | 15,000.01 | 15,000.01 | 0.00 | 15,000.01 | 2,153.65 |
| | | | **Total for Priority 610:   14.35767% Paid** | **$103,589.40** | **$103,589.40** | **$0.00** | **$103,589.40** | **$14,873.02** |
| | | | **Total for Unsecured Claims:** | **$103,589.40** | **$103,589.40** | **$0.00** | **$103,589.40** | **$14,873.02** |
| | | | **Total for Case :** | **$162,717.82** | **$106,093.29** | **$0.00** | **$106,093.29** | **$17,376.91** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 814-75571
Case Name: Sales, Mark S.
Trustee Name: Marc A. Pergament

**Balance on hand:**                     $          17,376.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                         $          17,376.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Marc A. Pergament | 2,497.06 | 0.00 | 2,497.06 |
| Trustee, Expenses - Marc A. Pergament | 6.83 | 0.00 | 6.83 |

Total to be paid for chapter 7 administration expenses:     $          2,503.89
Remaining balance:                         $          14,873.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                         $          14,873.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $          0.00
Remaining balance:                         $          14,873.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,589.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc. | 33,604.76 | 0.00 | 4,824.86 |
| 4 | Kaufman Wales Associates | 23,590.44 | 0.00 | 3,387.04 |
| 5 | Synchrony Bank | 370.75 | 0.00 | 53.23 |
| 6 | Navient Solutions Inc | 21,657.62 | 0.00 | 3,109.53 |
| 7 | AMERICAN EXPRESS BANK, FSB | 9,365.82 | 0.00 | 1,344.71 |
| 8 | Ember Financial Services, LLC | 15,000.01 | 0.00 | 2,153.65 |

Total to be paid for timely general unsecured claims: $ 14,873.02

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00