UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                    Chapter 7

Mark S. Sales and Terry S. Sales,                          Case No. 814-75571-A736

        Debtor.

-----------------------------------------------------------X

## TASKS PERFORMED BY THE TRUSTEE

The Trustee pursued and obtained the turnover of non-exempt tax refunds of the Debtor without the need for judicial intervention.

The Trustee reviewed the claims in this bankruptcy case.